```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-MJ-0156 GGH |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| v. | ) | |
| ALBERTO FARIAS | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States hereby moves to dismiss the complaint against defendant Alberto Farias without prejudice.  There is insufficient evidence to proceed against the defendant at this time.  The defendant has not been arrested on the complaint. Accordingly, the United States now moves to dismiss the criminal complaint without prejudice and vacate any arrest warrant issued for the defendant as a result of the complaint.

Dated: June 30, 2008

                                           McGREGOR W. SCOTT
                                           United States Attorney

                                         By: /s/ Heiko P. Coppola
                                            HEIKO P. COPPOLA
                                            Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

    For the reasons stated above, the criminal complaint is dismissed without prejudice as the defendant.  Any arrest warrant issued as a result of the complaint in this case is also vacated.

Dated: July 7, 2008.

_____
U.S. MAGISTRATE JUDGE